UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY WAYNE ERVIN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SCOTT ROBERT JONES et al.,<br><br>　　　　　Defendants. | No. 2:19-cv-01883-KJM-CKD PS<br><br><br>ORDER STAYING DISCOVERY |

Presently pending before the court is defendants' motion to dismiss. (ECF No. 21.) The court previously granted plaintiff's request to continue the hearing on defendants' motion which was originally set for May 13, 2020; the hearing is now set for July 22, 2020. (ECF Nos. 29 & 30.) Plaintiff then filed a request for the court to order discovery to proceed while the motion to dismiss is pending, and defendants have filed a response to plaintiff's request. (ECF Nos. 32, 33.) The court orders that, in the interest of judicial economy, discovery in this action is STAYED as outlined below.

District courts have broad discretion to stay discovery pending the resolution of a potentially dispositive motion, including a motion to dismiss. Jarvis v. Regan, 833 F.2d 149, 155 (9th Cir.1987). Efficiency for the court and for litigants is a valid rationale to stay discovery while a motion to dismiss is pending. See Little v. City of Seattle, 863 F.2d 681, 685 (9th Cir. 1988).

1    In the present case defendants move to dismiss plaintiff's entire complaint, and
2 defendants' motion does not appear to include any allegations that would benefit from discovery.
3 Thus, a stay of discovery is in line with the principles of judicial economy and the Federal Rules
4 of Civil Procedure.  See Song Fi v Google, 2016 WL 9185325 (N.D. Cal. April 27, 2016)
5 (granting a stay of discovery prior to the resolution of a motion to dismiss on an amended
6 complaint); Hall v Apollo Group, 2014 WL 4354420 (N.D. Cal. Sept. 2, 2014) (extending stay of
7 discovery while the plaintiff worked on amending the complaint); see also Fed. R. Civ. P. 26(d)
8 ("[A] party may not seek discovery from any source before the parties have conferred as required
9 by Rule 26(f), except . . . when authorized by these rules, by stipulation, or by court order.").

10   Accordingly, IT IS HEREBY ORDERED that all discovery and motion practice in this
11 action are stayed pending resolution of defendants' motion to dismiss.  With the exception of
12 plaintiff's opposition or filings related to the pending motion to dismiss, objections to any
13 findings and recommendations from this court, and any non-frivolous motions for emergency
14 relief, the court will not entertain or respond to any motions and other filings until the motion to
15 dismiss is resolved.
16 Dated:  May 1, 2020

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

20 Jr.1883.stay