UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY WAYNE ERVIN, | No. 2:19-cv-01883-KJM-CKD PS |
| Plaintiff, | |
| v. | ORDER |
| SCOTT ROBERT JONES et al., | (ECF No. 53) |
| Defendants. | |

Presently before the court are plaintiff's requests for the court to refer this matter to settlement proceedings and to postpone the hearing on defendants' motion to dismiss. (ECF No. 53.) Defendants have filed an opposition asserting that they do not consent to a settlement referral at this time and that they do not consent to postponing the hearing set for their motion to dismiss. (ECF No. 54.) Because defendants do not consent to either request, and because plaintiff has failed to show good cause for postponing the motion to dismiss hearing, the court DENIES plaintiff's requests.

IT IS SO ORDERED.

Dated: September 17, 2020

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

16.ervin.1883

1