UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY WAYNE ERVIN,<br><br>    Plaintiff,<br><br>    v.<br><br>JANET ABSHIRE,<br><br>    Defendant. | No.  2:19-cv-01883-KJM-CKD PS<br><br><br><br>ORDER |

      On September 28, 2021, the Chief District Judge issued an order adopting the undersigned's findings and recommendations and dismissing with prejudice all claims and defendants, except for "plaintiff's Fourteenth Amendment claim against Dr. Janet Abshire arising from her alleged failure to treat plaintiff's psoriasis symptoms."  (ECF Nos. 59, 73 at 2.) Assuming that plaintiff wishes to proceed with this claim against Dr. Abshire, the court finds it necessary to set a Scheduling Order for the remainder of the case.

      Accordingly, IT IS HEREBY ORDERED that:

    1. **Within 14 days** of this order, the parties shall file status reports (ideally, a joint status report if possible) addressing the following matters for the court to consider in setting the case management schedule:

        a.  Anticipated motions and their scheduling;

        b.  The report required by Federal Rule of Civil Procedure 26 outlining the

proposed discovery plan and its scheduling, including disclosure of expert witnesses;

 c. Future proceedings, including setting appropriate cut-off dates for discovery and law and motion, and the scheduling of a pretrial conference and trial[1];

 d. Special procedures, if any;

 e. Modification of standard pretrial procedures specified by the rules due to the simplicity or complexity of the proceedings;

 f. Whether the case is related to any other cases, including bankruptcy or state court proceedings;

 g. Whether a further settlement conference should be scheduled; and

 h. Any other matters that may add to the just and expeditious disposition of this matter.

IT IS SO ORDERED.

Dated: September 29, 2021

          _____
          CAROLYN K. DELANEY
          UNITED STATES MAGISTRATE JUDGE

19.ervi.1883

---

[1] The court is not inclined to set specific dates for the final pretrial conference or for trial at this juncture.