# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY WAYNE ERVIN, | No. 2:19-CV-1883-KJM-CKD |
| Plaintiff, | |
| v. | ORDER |
| JANET ABSHIRE, | |
| Defendant. | |

Plaintiff, who is proceeding pro se, brings this civil action. A settlement conference was held before the undersigned on October 27, 2021, and December 1, 2021. See ECF Nos. 78 and 80 (minutes). A settlement was reached at the December 1, 2021, conference and the terms of the settlement were read into the record. See ECF No. 80. It has come to the Court's attention that issues have arisen with respect to Plaintiff's compliance with the terms of the settlement agreement and signing of dispositional documents. See ECF No. 81 (Defendant's status report).

Good cause appearing therefor, and on the Court's own motion, the parties shall appear in-in person before the undersigned on January 18, 2022, at 9:00 a.m. in Courtroom No. 10 in Sacramento, California, where Plaintiff shall show cause why appropriate sanctions should not be imposed for failure to execute necessary documents consistent with the parties' prior agreement to settle this matter. The hearing shall commence at 9:00 a.m. sharp and sanctions

may be imposed on either party for tardiness.

        Accordingly, IT IS HEREBY ORDERED that the matter is set for an in-person order to show cause hearing before the undersigned in Sacramento, California, on January 18, 2022, to commence at 9:00 a.m. in Courtroom No. 10.

Dated:  January 6, 2022

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE